Charles C. Weller (SBN: 207034)
legal@cweller.com
CHARLES C. WELLER, APC
11412 Corley Court
San Diego, California 92126
Tel: 858.414.7465
Fax: 858.300.5137

Attorney for Plaintiff
Collin Trammell

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLIN TRAMMELL, *individually and on behalf of all those similarly situated*, <br><br> *Plaintiff*, <br><br> v. <br><br> NO SUGAR COMPANY LTD., *a Canadian corporation*, <br><br> *Defendant*. | No. 3:24-cv-00170-JO-DTF <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> Hon. Jinsook Ohta <br><br> Complaint Filed: Jan. 24, 2024 <br> Trial Date: None Set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses this action WITHOUT PREJUDICE.

Dated: September 17, 2024        Respectfully submitted,

/s/ *Charles C. Weller*
Charles C. Weller (Cal. SBN: 207034)
Attorney for Plaintiff

-1-
NOTICE OF VOLUNTARY DISMISSAL

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, September 17, 2024, I caused the foregoing to be filed into the docket of this matter via the Clerk of Court's CM/ECF system, which filing caused service to be made on all counsel of record.

Respectfully submitted,

/s/ *Charles C. Weller*
Charles C. Weller (SBN: 207034)
Attorney for Plaintiffs